Matthew Kumin (SBN 177561)
Kenneth Seligson (SBN 326326)
LAW OFFICES OF MATTHEW KUMIN
1939 Harrison Street, Suite 307
Oakland, CA 94612
Tel. and Fax: 415.655.7494
Email:   matt@mattkuminlaw.com
         seligson.kenneth@gmail.com

Attorneys for Plaintiffs ANTHONY URENO,
JOHN GARDEA, and JEFFREY CHANDLER

Christina T. Tellado (SBN 298597)
Deisy Castro (SBN 311816)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Tel.:  213.896.2400
Fax:  213.896.2450
Email:  christina.tellado@hklaw.com
         deisy.castro@hklaw.com
Attorneys for Defendants MASTEC NORTH AMERICA,
INC.; MASTEC NETWORK SOLUTIONS, INC.; MASTEC
POWERCORP.; and MASTEC SERVICES COMPANY, INC.

[Additional Counsel Listed on Following Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY URENO, JOHN GARDEA, JEFFREY CHANDLER, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MASTEC NORTH AMERICA, MASTEC NETWORK SOLUTIONS, MASTEC POWER CORPORATION, MASTEC SERVICES COMPANY ("MASTEC"), AND DOES ONE through FIFTY, inclusive,<br>　　　　　Defendants. | Case No. 3:20-cv-05503-MMC<br><br>[Assigned to The Honorable Judge Maxine M. Chesney]<br><br>**PARTIES' SUPPLEMENT TO JOINT STIPULATION FOR APPROVAL OF PAGA SETTLEMENT AND DISMISSAL OF ACTION (ECF NO. 17)**<br><br>Complaint Filed:  June 24, 2020<br>Removal Filed:　  August 7, 2020<br><br>[Declaration of Matthew Kumin filed concurrently herewith] |

PARTIES' SUPPLEMENT TO JOINT STIPULATION

1  [Counsel of Record Continued]

2  Matthew D. Davis (SBN 141986)
3  WALKUP, MELODIA, KELLY & SCHOENBERGER, APC
   650 California Street, 26th Floor
4  San Francisco, CA 94108-2615
5  Tel.: 415.981.7210
   Fax: 415.391.6965
6  Email: mdavis@walkuplawoffice.com

7  Attorneys for Plaintiffs ANTHONY URENO,
8  JOHN GARDEA, and JEFFREY CHANDLER

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE HONORABLE COURT AND ALL PARTIES:**

Plaintiffs Anthony Ureno, John Gardea, and Jeffery Chandler ("Plaintiffs") and Defendants MasTec North America, Inc., MasTec Network Solutions, Inc., MasTec Power Corp., and MasTec Services Company, Inc. ("Defendants") (jointly with Plaintiffs, the "Parties") hereby submit the following Supplement to the Parties' Joint Stipulation for Approval of the PAGA Settlement and Dismissal of the Action:

On June 23, 2021, the Parties' filed a Joint Stipulation for Approval of the PAGA Settlement and Dismissal of the Action. (ECF No. 17.)

On June 24, 2021, this Court issued an Order directing the Parties "to submit, no later than July 9, 2021, a supplement to their Joint Stipulation addressing the reasonableness of the … settlement amount." (ECF No. 18.)

The Court's June 24, 2021 Order further directed the Parties "to submit to the Court a copy of their settlement agreement with, if appropriate, a request to file said agreement under seal." (ECF No. 18.)

In response to the Court's request, the Parties hereby and concurrently submit the Declaration of Matthew Kumin, who serves as Plaintiffs' counsel and therein identifies and addresses the "potential defenses [and] any other issues in dispute, whether substantive or procedural, bearing on [the Parties'] determination as to an appropriate settlement amount." (*See* Order, ECF No. 18.)

Additionally, the Parties will concurrently file with this Supplement an unopposed Administrative Motion to File Under Seal the Parties' Confidential Settlement Agreement.

Accordingly, the Parties respectfully request that the Court approve the PAGA settlement, dismiss the action with prejudice, and retain jurisdiction to enforce the terms of the settlement.

//
//

Dated:  July 8, 2021                    **LAW OFFICES OF MATTHEW KUMIN**


By:   */s/ Matthew Kumin*
                    Matthew Kumin

Attorneys for PLAINTIFFS


Dated:  July 8, 2021                    **HOLLAND & KNIGHT LLP**


By:   */s/ Christina T. Tellado*
              Christina T. Tellado
              Deisy Castro

Attorneys for DEFENDANTS


### **ATTESTATION REGARDING E-SIGNATURES**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this document from each signatory whose signature is indicated by a conformed signature (*/s/*) within this e-filed document.


By:   */s/ Christina T. Tellado*